371 A.2d 510

Commonwealth v. Sharp, Appellant.

Argued September 17, 1976.  Colie B. Chappelle, with him Chappelle, Gibbs & Leon, for appellant;  Deborah E. Glass, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.